**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

____USA____ District of ____USA____ ▼

Case number (If known): 2:15CV01045 _____ Chapter _____

FILED

JUL 2 4 2025

TIMOTHY McGRATH, CLERK
BY ___AC___ DEP CLERK

☑ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   VINCE
   First name

   _____
   Middle name

   MCMAHON
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   VINCE M , VM .

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   xxx – xx – ___ ___ ___ ___     OR    9 xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   0 4 -2 6 9 3 3 8 3
   EIN

   8 6 -1 8 5 3 0 6 7
   EIN

Official Form 105                      Involuntary Petition Against an Individual                      page **1**

Debtor  VINCE MCMAHON_____  Case number (if known) 2:15CV01045_____

**6. Debtor's address**

Principal residence

707 WASHINGTON BLVD
Number     Street

STAMFORD                    CT      06901
City                        State   ZIP Code

FAIRFIELD
County

Principal place of business

65 SIDNEY ST
Number   Street

BUFFALO                     NY      14211
City                        State   ZIP Code

ERIE
County

Mailing address, if different from residence

65 SIDNEY ST
Number   Street

BUFFALO                     NY      14211
City                        State   ZIP Code

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

Each petitioner believes:

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No
☑ Yes. Debtor TBD_____  Relationship TBD_____
         District TBD_____ Date filed _____ Case number, if known TBD
                                MM / DD / YYYY

         Debtor TBD_____  Relationship TBD_____
         District TBD_____ Date filed _____ Case number, if known TBD
                                MM / DD / YYYY

Debtor  VINCE MCMAHON                              Case number (if known) 2:15CV01045

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

Check one:

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☑ Other reason. Explain. (See 28 U.S.C. § 1408.) __PONZI SCHEMES .__

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| ROBERT W JOHNSON | CORPORATE . | $99,999,999.00 |
| WILLIE JOHNSON | CORPORATE . | $99,999,999.00 |
| ROBERT JOHNSON | CORPORATE . | $99,999,999.00 |
|  | Total | $99,999,999.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor: VINCE MCMAHON    Case number (if known) 2:15CV01045

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_
Signature of petitioner or representative, including representative's title

ROBERT W JOHNSON
Printed name of petitioner

Date signed 07/18/2025
MM / DD / YYYY

**Mailing address of petitioner**

65 SIDNEY ST
Number  Street

BUFFALO    NY    14211
City       State  ZIP Code

If petitioner is an individual and is not represented by an attorney:
Contact phone _____
Email _____

**Name and mailing address of petitioner's representative, if any**

ATEM FARMS
Name

65 SIDNEY ST
Number  Street

BUFFALO    NY    14211
City       State  ZIP Code

**Attorneys**

X _[signature]_
Signature of attorney

WILLIE JOHNSON
Printed name

WILLIE JOHNSON ESQ
Firm name, if any

65 SIDNEY ST
Number  Street

BUFFALO    NY    14211
City       State  ZIP Code

Date signed 07/18/2025
MM / DD / YYYY

Contact phone 7167402633    Email atemllc2023@gmail.com

Official Form 105    Involuntary Petition Against an Individual    page 4

Debtor  **VINCE MCMAHON** _____   Case number (if known) __2:15CV01045__

✗ _[signature]_____
Signature of petitioner or representative, including representative's title

**ROBERT W JOHNSON**
Printed name of petitioner

Date signed   __07/18/2025__
            MM / DD / YYYY

**Mailing address of petitioner**

_____
Number   Street

_____
City              State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City         State ZIP Code

✗ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City              State         ZIP Code

Date signed   _____
            MM / DD / YYYY

Contact phone _____  Email _____

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed   _____
            MM / DD / YYYY

**Mailing address of petitioner**

_____
Number   Street

_____
City              State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State         ZIP Code

✗ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City              State         ZIP Code

Date signed   _____
            MM / DD / YYYY

Contact phone _____  Email _____

Official Form 105              Involuntary Petition Against an Individual              page **5**